DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**JERMAINE D. LOGAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-1812

[August 20, 2014]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. 02-7487CF10A.

Jermaine D. Logan, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

We affirm the trial court's denial of the defendant's "motion to clarify," which we treat as a motion to correct illegal sentence pursuant to Florida Rule of Criminal Procedure 3.800(a).

The defendant's motion challenged the sufficiency of his aggravated battery conviction entered after plea in this case. However, the defendant's motion did not establish an illegal sentence for purposes of rule 3.800(a). Instead, the defendant has sought a procedurally-barred and untimely request for post-conviction relief under Florida Rule of Criminal Procedure 3.850. *See, e.g., Hallmon v. State,* 139 So. 3d 405, 406 (Fla. 4th DCA 2014). Moreover, the defendant already has raised this claim in a previous rule 3.800(a) motion, the denial of which we affirmed on appeal. *See Logan v. State,* 979 So. 2d 237 (Fla. 4th DCA 2008). As a result, collateral estoppel bars this claim. *See, e.g., McKernan v. State,* 139 So. 3d 948 (Fla. 4th DCA 2014).

Because we warned appellant in *Logan v. State,* 21 So. 3d 917, 918 (Fla. 4th DCA 2009), that continued filing of frivolous post-conviction

motions would result in sanctions, we direct the clerk of this court to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary procedures, including forfeiture of gain time. *State v. Spencer,* 751 So. 2d 47, 51 (Fla. 1999). Further, we warn appellant that future frivolous filings will result in additional sanctions, such as a bar on *pro se* filings in this court. *Id.*

*Affirmed with referral for consideration of disciplinary procedures.*

STEVENSON, GERBER and FORST, JJ., concur.

* * *

**Not final until disposition of timely filed motion for rehearing.**